UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ADAM HAGEMAN,

          Plaintiff,

v.

MORRISON COUNTY SHERIFF'S OFFICE, MORRISON COUNTY, SHAWN LARSON (sheriff), SCOTT MCKISSOCK (jail administrator), TIM BRUMMER (jail programmer), JASON WORLIE (sheriff's officer), MARK DZIEWECZYNSKI (officer), JOAN MUSHEL (correctional officer), JENNIFER ORTH (correctional officer), MIKE WHITLOW (correctional officer), CALEB OCHOA (correctional officer), ANDY WALTMAN (correctional officer), CARRIE HERMAN (correctional officer), ETHAN WISE (correctional officer), SHANNON ANDERSON (correctional officer), HEIDI SWISHER (Morrison County assistant attorney), ANTOINETTE WETZEL (Morrison County District Judge),

          Defendants.

Civil No. 19-cv-3019 (JRT/HB)

**ORDER ON REPORT
AND RECOMMENDATION**

    Adam Hageman, OID# 251041, MCF Stillwater, 970 Pickett Street North, Bayport, MN 55003, *pro se* plaintiff.

    Michael J. Ervin, Scott T. Anderson, **RUPP, ANDERSON, SQUIRES & WALDSPURGER, P.A.,** 333 South 7th Street, Suite 2800, Minneapolis, MN 55402, for defendants.

United States Magistrate Judge Hildy Bowbeer entered a Report and Recommendation on 04/22/2020.  No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Claims 4, 5, 6, 7, 8, 9, 11, 12, and 13 are **DISMISSED**;

3. All claims against Defendants Antoinette Wetzel and Heidi Swisher are **DISMISSED**;

4. All claims against the Morrison County Sheriff's Office are **DISMISSED**; and

5. All claims against Defendants Caleb Ochoa and Carrie Herman are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 30, 2020
in Minneapolis, Minnestoa

s/John R. Tunheim
JOHN R. TUNHEIM
Chief Judge
United States District Court